DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GERALD A. MELTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-0692

_____

August 21, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Robin Fuson, Judge.

Gerald A. Melton, pro se.

PER CURIAM.

     Affirmed.

SILBERMAN, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.